IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES, 2004-KS8H,, <br><br>Plaintiff, <br><br>V. <br><br>H. WAYNE MEACHUM, <br><br>Defendant. | § § § § § § § § § § § § § § § § § § § § | No. 3:18-cv-2630-S-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 4, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court hereby DENIES Defendant H. Wayne Meachum's Motion to Remand [Dkt. No. 9], construed as a Federal Rule of Civil Procedure 12(b)(1) or 12(h)(3) motion to dismiss for, or suggestion of, lack of subject matter jurisdiction.

**SO ORDERED** this 4th day of March, 2019.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE